IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lori Dippner, <br><br> Plaintiff(s), <br><br> v. <br><br> Superheat FGH Services, Inc. et al., <br><br> Defendant(s). | Case No. 15 C 10743 <br> Judge Amy J. St. Eve |

## ORDER

On December 14, 2015, the Court warned Defendant Superheat FGN Services, Inc. that it had failed to allege diversity jurisdiction. The Court gave Defendant until December 21, 2015 to file an Amended Notice of Removal properly alleging diversity or some other basis for federal jurisdiction. The Court further advised Defendant that failure to do so would result in remand of the case to the Circuit Court of Cook County for lack of subject matter jurisdiction. Defendant has failed to file an Amended Notice of Removal. Accordingly, the Court hereby remands the case to the Circuit Court of Cook County for lack of subject matter jurisdiction.

Date: 12/22/2015

Amy J. St. Eve
United States District Judge